✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:94cr3012-02/LAC |
| Kirkland Hollins ) | USM No: 03342-017 |
| ) | |
| Date of Previous Judgment: 12 July 1994 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 42            Amended Offense Level: 40
Criminal History Category: III        Criminal History Category: III
Previous Guideline Range: 360 to Life   Amended Guideline Range: 360 to Life

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): Even with a two level reduction in his offense level, defendant's guideline imprisonment range remains at 360 months to life imprisonment. The present sentence is still at the low end of that range.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 12 July 1994 shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  30 April 2008                         s/ *L.A. Collier*
                                                    Judge's signature

Effective Date:                                    Lacey A. Collier, Senior U.S. District Judge
         (if different from order date)                  Printed name and title