# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO. 3:94cr03012-04LAC

KIRKLAND HOLLINS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   April 5, 2010

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE     on 3/18/10    Doc.# 872

RESPONSES:

NONE                              on         Doc.#
                                       on         Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of April, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc. 778.*

                                                         s/*L.A. Collier*
                                                         *LACEY A. COLLIER*
                                   *Senior United States District Judge*